| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name** — **Mothership Ventures, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — 4 6 – 5 7 4 0 5 7 1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1801 N.Shepherd** | **2522 Yale Street** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Houston**   **TX**   **77008** | **Houston**   **TX**   **77008** |
| City      State  ZIP Code | City      State  ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | **Houston, Harris County, Texas** |
| | Number    Street |
| | City      State  ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Mothership Ventures, LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.   District _____   When _____   Case number _____
                                                        MM / DD / YYYY
           District _____   When _____   Case number _____
                                                        MM / DD / YYYY
           District _____   When _____   Case number _____
                                                        MM / DD / YYYY

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Debtor **Mothership Ventures, LLC** _____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____   Relationship _____
District _____   When _____  MM / DD / YYYY
Case number, if known _____

Debtor _____   Relationship _____
District _____   When _____  MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street
_____
_____  _____  _____
City                               State        ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Mothership Ventures, LLC**                          Case number (if known) _____

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   ■ I have been authorized to file this petition on behalf of the debtor.

   ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on **03/26/2017**
   MM / DD / YYYY

   X **/s/ Joseph Treadway**                    **Joseph Treadway**
   Signature of authorized representative of debtor    Printed name

   Title **President**

18. **Signature of attorney**

   X **/s/ Reese W. Baker**                     Date **03/26/2017**
   Signature of attorney for debtor              MM / DD / YYYY

   **Reese W. Baker**
   Printed name
   **Baker & Associates**
   Firm name
   **5151 Katy Freeway**
   Number     Street
   **Suite 200**

   **Houston**                   **TX**        **77007**
   City                           State         ZIP Code

   **(713) 979-2279**             **courtdocs@bakerassociates.net**
   Contact phone                  Email address
   **01587700**                   **TX**
   Bar number                     State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

3217 Investments
3217 Montrose, Suite 200
Houston, TX 77006

Admiral Linen
3520 Center St.
Houston, TX 77007

Alan Hassenflu
4500 Bissonnet St., Suite 300
Bellaire, Texas 77401

Auto-Chlor
15845 Lee Road.
Houston, Texas 77032

Brandon Velek
1935 Skip Rock Street
Friendswood, Texas 77546

Clint Minchew
371 Royal Navigator
Montgomery, Texas 77316

David Latta
28534 East Benders Landing
Spring, TX 77386

Doris Hartis
7343 Lorna Rd.
Montgomery, TX 77316

ELD Investments

Euro-Mid, Inc.
1110 Seamist Dr.
Houston, TX 77008


First Vision Financial
5233 Bellaire Blvd.
Bellaire, TX 77401


Integrity Bank
4040 Washington Ave.
Houston, TX 77007


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


ISI Commercial Refrigeration, LLC
P. O. Box 167


Jim Peterson
407 S. Friendswood Dr.
Friendswood, Texas 77546


Laborde Family Companies
Lafayette, Louisiana



Mason Loan



Moorehead loan

Prime Facility Services
6420 Richmond Ave #477
Houston, TX 77057


Richard Rothfelder
3739 Jardin St.
Houston, TX 77005


Roger Montemayor
404 Carriage Creek Lane
Friendswood, TX 77546


Scot Luther
407 S. Friendswood Dr.
Friendswood, Texas 77546


Texas State Comptroller
1919 N Loop West #510
Houston, TX 77008


Troy Derks
15803 Frio Springs
Cypress, TX 77429


Victory Lupe



Victory Lupe, GP LLC
3903-A Bellaire Blvd
Houston, Texas  77025